In the Matter of the Application of ALBERT E. USHER for Admission to Practice as an Attorney and Counselor at Law. (From the State of Michigan.)— Application granted. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

## (June 24, 1938.)

FANNIE BERNSTEIN, Respondent, v. MORTGAGE COMMISSION OF THE STATE OF NEW YORK and MORTGAGE COMMISSION SERVICING CORPORATION, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of CONCETTA CAPOSELLA, an Infant. SALVATORE CAPOSELLA, Respondent; FRANK LEONARDO and AGNES LEONARDO, Appellants.— Application of appellants for a stay granted upon condition that pending the determination of the appeal the respondent be permitted to have the infant in his actual custody within the State of New York only each Sunday between the hours of ten A. M. and seven P. M.; the custody otherwise to remain with appellants pending determination of appeal. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

In the Matter of the Application of TERESE HALEY FROMHOLZ for Admission to Practice as an Attorney and Counselor at Law. (From the District of Columbia.) — Assuming applicant's services with the Home Owners' Loan Corporation was practicing in Washington, D. C., she was a resident of New York for two years and nine months of the five-year period of practice in a sister State required by the Rules of the Court of Appeals. Application denied. (*Matter of Rotolo*, 247 App. Div. 724.) Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Petition of the SUFFOLK COUNTY BAR ASSOCIATION with Respect to CORTLAND KIERNAN, Also Known as CORTLAND A. KIERNAN, an Attorney and Counselor at Law, Respondent.— Report of official referee confirmed, respondent disbarred, and his name ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

MOULTRIE REALTY CORP., Respondent, v. JOSEPH EPSTEIN, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.